# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0081

VERSUS

KAELAN JACKSON

**MAY 4, 2026**

---

In Re:    Kaelan Jackson, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, Nos.
          5258-F-2022, 0776-F-2024.

---

**BEFORE:   MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.** The St. Tammany Parish Office of the Clerk of
Court has no record of a motion to quash. Relator should first
seek relief in the district court before seeking review with this
court.

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT